UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARTIN SALDIVAR-TRUJILLO,

    Defendant.
    _____/

No.    1:02CR213-01
Hon.   RICHARD ALAN ENSLEN

## ORDER

The matter before the Court is the government's petition for remission of fine pursuant to 18 U.S.C. § 3573. The defendant has been released from incarceration and has been turned over to the Bureau of Immigration and Customs Enforcement for deportation to Mexico. Any efforts to recover the balance of the $2,000.00 fine ordered by this Court on June 4, 2003, are not reasonably likely to succeed and any such efforts would needlessly expend public resources. Accordingly,

**IT IS HEREBY ORDERED** that the government's motion for remission of the fine, filed pursuant to 18 U.S.C. § 3573, is **GRANTED**.

**IT IS FURTHER ORDERED** that the balance of the $2,000.00 fine imposed against defendant Martin Saldivar-Trujillo is hereby **REMITTED**.

Dated: February 1, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge
Western District of Michigan